**AALBERTS SURFACE TREATMENT CORP**
2915 Wilmarco Ave
Baltimore, MD 21223

Direct Deposit Advice

**Check Date** | **Voucher Number**
May 23, 2025 | 1490

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 3,538.59 |
| **Total Direct Deposits** | | | **3,538.59** |

159031  64100  10194  1490  947      159031

Non Negotiable - This is not a check - Non Negotiable

**Keith W Shocker**
223 E Main St
New Freedom, PA  17349-9770

## Non Negotiable - This is not a check - Non Negotiable

### AALBERTS SURFACE TREATMENT CORP

**Keith W Shocker**  **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 4,061.90 | Check Date | May 23, 2025 | Voucher Number | 1490 |
| Location | 64100 | Fed Filing Status | S | Period Beginning | May 5, 2025 | Net Pay | 3,538.59 |
| Salary | $4,153.85 | State Filing Status | S-0 | Period Ending | May 18, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Auto Allow | | 0.00 | 192.31 | 1,923.10 |
| Commissio | | | | 8,703.21 |
| Regular | 51.9231 | 0.00 | 4,153.85 | 39,461.45 |
| **Gross Earnings** | | **0.00** | **4,346.16** | **50,087.76** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 571.08 | 7,606.58 |
| MD | 0.00 | 0.00 |
| MD-BAL1 | 0.00 | 0.00 |
| MED | 60.70 | 712.33 |
| PA | 128.53 | 1,508.24 |
| PA-671103 | 54.42 | 638.64 |
| SS | 259.56 | 3,045.89 |
| **Taxes** | **1,074.29** | **13,511.68** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 124.62 | 954.07 |
| Dental Ins | 5.19 | 31.14 |
| FSA Limited | 22.72 | 138.60 |
| HSA | 50.00 | 300.00 |
| HSA EMPLOYER CONTRIB | 12.50 | 50.00 |
| Medical Ins | 80.70 | 484.20 |
| Reimbursement | -550.98 | -3,327.60 |
| Vision | 1.03 | 6.18 |
| **Deductions** | **-254.22** | **-1,363.41** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 3,538.59 |
| **Total Direct Deposits** | | | **3,538.59** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 28.67 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| HSA | 12.50 | 50.00 |

**AALBERTS SURFACE TREATMENT CORP**
2915 Wilmarco Ave
Baltimore, MD 21223

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | May 9, 2025 | 1474 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,570.79 |
| **Total Direct Deposits** | | | **4,570.79** |

159031   64100   10194   1474   938            159031

**Keith W Shocker**
223 E Main St
New Freedom, PA  17349-9770

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AALBERTS SURFACE TREATMENT CORP

**Keith W Shocker**                                                                                                      **Earnings Statement**

| Employee ID | | Fed Taxable Income | 9,044.93 | Check Date | May 9, 2025 | Voucher Number | 1474 |
|---|---|---|---|---|---|---|---|
| Location | 64100 | Fed Filing Status | S | Period Beginning | April 21, 2025 | Net Pay | 4,570.79 |
| Salary | $4,153.85 | State Filing Status | S-0 | Period Ending | May 4, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Auto Allow | | 0.00 | 192.31 | 1,730.79 |
| Commissio | | 0.00 | 5,137.14 | 8,703.21 |
| Regular | 51.9231 | 0.00 | 4,153.85 | 35,307.60 |
| **Gross Earnings** | | **0.00** | **9,483.30** | **45,741.60** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1,827.57 | 7,035.50 |
| MD | 0.00 | 0.00 |
| MD-BAL1 | 0.00 | 0.00 |
| MED | 135.19 | 651.63 |
| PA | 286.24 | 1,379.71 |
| PA-671103 | 121.21 | 584.22 |
| SS | 578.07 | 2,786.33 |
| **Taxes** | **2,948.28** | **12,437.39** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 278.73 | 829.45 |
| Dental Ins | 5.19 | 25.95 |
| FSA Limited | 22.72 | 115.88 |
| HSA | 50.00 | 250.00 |
| HSA EMPLOYER CONTRIB | 12.50 | 37.50 |
| Medical Ins | 80.70 | 403.50 |
| Reimbursement | 1,525.86 | -2,776.62 |
| Vision | 1.03 | 5.15 |
| **Deductions** | **1,976.73** | **-1,109.19** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,570.79 |
| **Total Direct Deposits** | | | **4,570.79** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 20.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| HSA | 12.50 | 37.50 |

AALBERTS SURFACE TREATMENT CORP | 2915 Wilmarco Ave  Baltimore, MD 21223 | (770) 969-9191 | FEIN: 58-2086906 | MD: 0089461960

Case 1:25-bk-01800-HWV    Doc 16    Filed 07/10/25    Entered 07/10/25 16:46:41    Desc
Main Document      Page 2 of 4

**AALBERTS SURFACE TREATMENT CORP**
2915 Wilmarco Ave
Baltimore, MD 21223

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | April 25, 2025 | 1460 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,326.90 |
| **Total Direct Deposits** | | | **4,326.90** |

159031   64100   10194   1460   929   159031

**Keith W Shocker**
223 E Main St
New Freedom, PA  17349-9770

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

## AALBERTS SURFACE TREATMENT CORP

**Keith W Shocker**                                                                                                **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 4,061.90 | Check Date | April 25, 2025 |
| Location | 64100 | Fed Filing Status | S | Period Beginning | April 7, 2025 |
| Salary | $4,153.85 | State Filing Status | S-0 | Period Ending | April 20, 2025 |

Voucher Number 1460
Net Pay 4,326.90
Total Hours Worked 0.00

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Auto Allow | | 0.00 | 192.31 | 1,538.48 |
| Commissio | | | | 3,566.07 |
| Regular | 51.9231 | 0.00 | 4,153.85 | 31,153.75 |
| **Gross Earnings** | | **0.00** | **4,346.16** | **36,258.30** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 571.08 | 5,207.93 |
| MD | 0.00 | 0.00 |
| MD-BAL1 | 0.00 | 0.00 |
| MED | 60.70 | 516.44 |
| PA | 128.53 | 1,093.47 |
| PA-671103 | 54.42 | 463.01 |
| SS | 259.56 | 2,208.26 |
| **Taxes** | **1,074.29** | **9,489.11** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 124.62 | 550.72 |
| Dental Ins | 5.19 | 20.76 |
| FSA Limited | 22.72 | 93.16 |
| HSA | 50.00 | 200.00 |
| HSA EMPLOYER CONTRIB | 12.50 | 25.00 |
| Medical Ins | 80.70 | 322.80 |
| Reimbursement | -1,339.29 | -4,302.48 |
| Vision | 1.03 | 4.12 |
| **Deductions** | **-1,042.53** | **-3,085.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,326.90 |
| **Total Direct Deposits** | | | **4,326.90** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 20.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| HSA | 12.50 | 25.00 |

**AALBERTS SURFACE TREATMENT CORP**
2915 Wilmarco Ave
Baltimore, MD 21223

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | April 11, 2025 | 1448 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,513.47 |
| **Total Direct Deposits** | | | **4,513.47** |

159031   64100   10194   1448   921            **159031**

**Keith W Shocker**
223 E Main St
New Freedom, PA  17349-9770

## Non Negotiable - This is not a check - Non Negotiable

### AALBERTS SURFACE TREATMENT CORP

**Keith W Shocker**                                                                    **Earnings Statement**

| Employee ID | | Fed Taxable Income | **4,061.90** | Check Date | **April 11, 2025** | Voucher Number | **1448** |
|---|---|---|---|---|---|---|---|
| Location | **64100** | Fed Filing Status | **S** | Period Beginning | **March 24, 2025** | Net Pay | **4,513.47** |
| Salary | **$4,153.85** | State Filing Status | **S-0** | Period Ending | **April 6, 2025** | Total Hours Worked | **0.00** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Auto Allow | | 0.00 | 192.31 | 1,346.17 |
| Commissio | | | | 3,566.07 |
| Regular | 51.9231 | 0.00 | 4,153.85 | 26,999.90 |
| **Gross Earnings** | | **0.00** | **4,346.16** | **31,912.14** |

| **Taxes** | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 571.08 | 4,636.85 |
| MD | | | 0.00 | 0.00 |
| MD-BAL1 | | | 0.00 | 0.00 |
| MED | | | 60.70 | 455.74 |
| PA | | | 128.53 | 964.94 |
| PA-671103 | | | 54.42 | 408.59 |
| SS | | | 259.56 | 1,948.70 |
| **Taxes** | | | **1,074.29** | **8,414.82** |

| **Deductions** | Amount | YTD |
|---|---|---|
| 401k | 124.62 | 426.10 |
| Dental Ins | 5.19 | 15.57 |
| FSA Limited | 22.72 | 70.44 |
| HSA | 50.00 | 150.00 |
| HSA EMPLOYER CONTRIB | 12.50 | 12.50 |
| Medical Ins | 80.70 | 242.10 |
| Reimbursement | -1,525.86 | -2,963.19 |
| Vision | 1.03 | 3.09 |
| **Deductions** | **-1,229.10** | **-2,043.39** |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| MEMBERS 1ST FCU | C | ***1944 | 4,513.47 |
| **Total Direct Deposits** | | | **4,513.47** |

| **Time Off** | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 20.00 | 0.00 |

| **Benefits** | Amount | YTD |
|---|---|---|
| HSA | 12.50 | 12.50 |

AALBERTS SURFACE TREATMENT CORP | 2915 Wilmarco Ave  Baltimore, MD 21223 | (770) 969-9191 | FEIN: 58-2086906 | MD: 0089461960

Case 1:25-bk-01800-HWV    Doc 16    Filed 07/10/25    Entered 07/10/25 16:46:41    Desc
Main Document    Page 4 of 4