# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
## Harrisburg Division

| | |
|---|---|
| Keith William Shocker,<br><br>*Debtor*. | Case No. 1:25-bk-001800-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on September 10, 2025, a true and correct copy of the Second Amended Chapter 13 Plan was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtor: **223 E Main St, New Freedom, PA 17349-9770**

Dated: September 10, 2025  /s/ Michael A. Cibik
 Michael A. Cibik, Principal Attorney
 Cibik Law, P.C., Counsel for Debtor

| | | |
|---|---|---|
| Accts Advoca<br>1001 S Fourth Street<br>Hamburg, PA 19526-9211 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Cbna<br>Attn: Bankruptcy<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St , Floor 4<br>Pittsburgh, PA 15212-5862 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790040<br>St Louis, MO 63179-0040 | Cbna<br>Attn: Centralized Bankruptcy/Citicorp<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 |
| (p)SOUTHWOOD FINANCIAL LLC<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>45610 WOODLAND ROAD SUITE 440<br>STERLING VA 20166-4221 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citizens One<br>Attn: Bankruptcy One Citizens Plaza<br>Providence, RI 02903 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)COLLEGE AVE STUDENT LOANS<br>233 N KING STREET<br>SUITE 400<br>WILMINGTON DE 19801-2545 | Comenity Capital/Dell<br>Attn: Bankruptcy<br>PO box 182125<br>Columbus, OH 43218-2125 |
| Jpmcb<br>MailCode LA4-7100 700 Kansas Lane<br>Monroe, LA 71203 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 | Lending Club<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-5839 | Lending Club<br>Attn: Bankruptcy 595 Market st<br>San Francisco, CA 94105-5839 |
| Members 1st FCU<br>Attn: Bankruptcy 5000 Marketplace Way<br>Enola, PA 17025-2431 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Members 1st FCU<br>Attn: Bankruptcy<br>PO Box 8893<br>Camo Hill, PA 17001-8893 |
| Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 |

| | | |
|---|---|---|
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 | U.S. Department of Justice<br>Attorney General<br>PO Box 683<br>Washington, DC 20044-0683 | US Bank/RMS<br>Attn: Bankruptcy<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |